584 A.2d 221
ESTHER SCHATZ v. ESTATE OF CHARLES SCHATZ.

May 21, 1990.

Petition for certification denied.